John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
Telephone:  (702) 853-5490
Facsimile:   (702) 227-1975
jaldrich@johnaldrichlawfirm.com

Richard A. Roth, Esq. *(pro hac to be submitted)*
Jordan M. Kam, Esq. *(pro hac to be submitted)*
**THE ROTH LAW FIRM, PLLC**
295 Madison Avenue, 22nd Fl.
New York, New York 10017
Telephone: (212) 542-8882
Facsimile: (212) 542-8883
rich@rrothlaw.com
jkam@rrothlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD KAPLAN, EDWARD FEIGHAN, JEFF WEINTRAUB, JIM LEES, JERRY HICKSON, WILL ALCORN, DAVID PERLMUTTER and SCOTT DUNLOP,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTYEAR NETWORK SOLUTIONS, INC., LY HOLDINGS LLC, CHRIS T. SULLIVAN, W. BRENT RICE, SHERMAN HENDERSON and RICK HUGHES,<br><br>Defendants. | CASE NO. 2:14-cv-02120<br><br>**MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS' COUNSEL TO SUBMIT VERIFIED PETITION FOR PERMISSION TO PRACTICE** |

Plaintiffs HAROLD KAPLAN, EDWARD FEIGHAN, JEFF WEINTRAUB, JIM LEES, JERRY HICKSON, WILL ALCORN, DAVID PERLMUTTER and SCOTT DUNLOP, by and through their counsel of record, hereby move this Honorable Court for an Order allowing an extension of time for Plaintiffs' counsel to file their Verified Petitions for Permission to Practice.

1

Pursuant to Local Rule IA 10-2(e), "… attorneys shall have forty-five (45) days after their first appearance to comply with all the provisions of this Rule."  The deadline for counsel to file the Verified Petitions for Permission to Practice is January 29, 2015.  The Court may, absent some constitutional restriction, properly rest its discretion on the determination of pro hac vice applications.  <u>Munoz v. Hauk</u>, 439 F. 2d. 1176 (9th Cir. 1971).

There has been a delay in obtaining the required Certificates of Good Standing, and Mr. Roth and Mr. Kam anticipate that they will receive the Certificates of Good Standing in the very near future.

Accordingly, the undersigned respectfully requests that this Honorable Court issue an Order allowing an additional twenty-one (21) days for Mr. Roth and Mr. Kam to file their Verified Petitions for Permission to Practice.

Dated this 29th day of January, 2015.

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
1601 S. Rainbow Blvd., Suite 160
Las Vegas, NV 89146
Telephone:  (702) 853-5490
Email: jaldrich@johnaldrichlawfirm.com

Richard A. Roth, Esq. *(pro hac to be submitted)*
Jordan M. Kam, Esq. *(pro hac to be submitted)*
**THE ROTH LAW FIRM, PLLC**
295 Madison Avenue, 22nd Fl.
New York, New York 10017
Telephone: (212) 542-8882
Facsimile: (212) 542-8883
*rich@rrothlaw.com*
*jkam@rrothlaw.com*

*Counsel for Plaintiffs*

John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
Telephone:  (702) 853-5490
Facsimile:   (702) 227-1975
jaldrich@johnaldrichlawfirm.com

Richard A. Roth, Esq. *(pro hac to be submitted)*
Jordan M. Kam, Esq. *(pro hac to be submitted)*
**THE ROTH LAW FIRM, PLLC**
295 Madison Avenue, 22nd Fl.
New York, New York 10017
Telephone: (212) 542-8882
Facsimile: (212) 542-8883
rich@rrothlaw.com
jkam@rrothlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD KAPLAN, EDWARD FEIGHAN, JEFF WEINTRAUB, JIM LEES, JERRY HICKSON, WILL ALCORN, DAVID PERLMUTTER and SCOTT DUNLOP,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTYEAR NETWORK SOLUTIONS, INC., LY HOLDINGS LLC, CHRIS T. SULLIVAN, W. BRENT RICE, SHERMAN HENDERSON and RICK HUGHES,<br><br>Defendants. | CASE NO. 2:14-cv-02120<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS' COUNSEL TO SUBMIT VERIFIED PETITIONS FOR PERMISSION TO PRACTICE** |

It is hereby ORDERED that Plaintiffs' Motion for Extension of Time for Plaintiffs' Counsel to Submit Verified Petitions for Permission to Practice is GRANTED;

/ / /

/ / /

1

Plaintiffs' counsel shall have an additional twenty-one (21) days from the date of this Order to file their Verified Petitions for Permission to Practice.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

/s/ John P. Aldrich_____
John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
*jaldrich@johnaldrichlawfirm.com*

Richard A. Roth, Esq. *(pro hac to be submitted)*
Jordan M. Kam, Esq. *(pro hac to be submitted)*
**THE ROTH LAW FIRM, PLLC**
295 Madison Avenue, 22nd Fl.
New York, New York 10017
Telephone: (212) 542-8882
Facsimile: (212) 542-8883
*rich@rrothlaw.com*
*jkam@rrothlaw.com*

*Counsel for Plaintiffs*

2