ALDRICH LAW FIRM, LTD.
JOHN P. ALDRICH, ESQ. (Nevada Bar No. 6877)
jaldrich@johnaldrichlawfirm.com
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975

THE ROTH LAW FIRM, PLLC
RICHARD A. ROTH, ESQ. (Admitted *pro hac vice*)
rich@rrothlaw.com
295 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 542-8882
Facsimile: (212) 542-8883
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

-----------------------------------------------------------------X

HAROLD KAPLAN, EDWARD FEIGHAN,
JEFF WEINTRAUB, JIM LEES, JERRY HICKSON,
WILL ALCORN, DAVID PERLMUTTER and          No. 2:14-cv-02120-JAD-PAL
SCOTT DUNLOP,

                Plaintiffs,

       -against-                                **STIPULATION AND ORDER**
                                                       **FOR EXTENSION OF TIME TO**
LIGHTYEAR NETWORK SOLUTIONS, INC.,         **FILE OPPOSITION BRIEF**
LY HOLDINGS LLC, CHRIS T. SULLIVAN,
W. BRENT RICE, SHERMAN HENDERSON            **(First Request)**
and RICK HUGHES,

                Defendants,

-----------------------------------------------------------------X

       WHEREAS, on March 23, 2015 Defendants filed a Motion to Dismiss the Complaint

(Doc. No. 28), including a thirty-nine page memorandum of law in support thereof; and

       WHEREAS, Plaintiffs' Opposition to Defendants' Motion to Dismiss is currently due on

April 9, 2015; and

WHEREAS, Plaintiffs lead counsel, Richard A. Roth, will be outside of the Country from April 3-13, 2015;

IT IS HEREBY STIPULATED that Plaintiffs' time in which to file their Opposition Brief to Defendants' Motion to Dismiss is hereby extended to April 24, 2014.

DATED this 25th of March, 2015.


_____*/s/ Richard A. Roth*_____      _____*/s/ J. Colby Williams*_____
Richard A. Roth, Esq.                     J. Colby Williams, Esq. (5549)
THE ROTH LAW FIRM, PLLC                   CAMPBELL & WILLIAMS
295 Madison Avenue, 22nd Fl.              700 South Seventh Street
New York, New York 10017                  Las Vegas, Nevada 89101

Attorneys for Plaintiffs                  Attorneys for Defendants



IT IS SO ORDERED:

_____    _____
UNITED STATES DISTRICT JUDGE

DATED:_____ March 26, 2015 _____