John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
jaldrich@johnaldrichlawfirm.com

Richard A. Roth, Esq.
Jordan M. Kam, Esq.
**THE ROTH LAW FIRM, PLLC**
295 Madison Avenue, 22nd Fl.
New York, New York 10017
Telephone: (212) 542-8882
Facsimile: (212) 542-8883
rich@rrothlaw.com
jkam@rrothlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD KAPLAN, EDWARD FEIGHAN, JEFF WEINTRAUB, JIM LEES, JERRY HICKSON, WILL ALCORN, DAVID PERLMUTTER and SCOTT DUNLOP,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTYEAR NETWORK SOLUTIONS, INC., LY HOLDINGS LLC, CHRIS T. SULLIVAN, W. BRENT RICE, SHERMAN HENDERSON and RICK HUGHES,<br><br>Defendants. | CASE NO. 2:14-cv-02120<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION BRIEF**<br>*(SECOND REQUEST)* |

i

1     WHEREAS, on March 23, 2015 Defendants filed a Motion to Dismiss the Complaint (Doc. No. 28), including a thirty-nine page memorandum of law in support thereof; and

    WHEREAS, Plaintiffs' Opposition to Defendants' Motion to Dismiss is currently due on April 24, 2015;

    IT IS HEREBY STIPULATED that Plaintiffs' time in which to file their Opposition Brief to Defendants' Motion to Dismiss is hereby extended to April 28, 2015.

    This is the second request for extension of time.

    DATED this 24th of April, 2015.

| /s/ John P. Aldrich | /s/ J. Colby Williams |
|---|---|
| John P. Aldrich, Esq. | J. Colby Williams, Esq. |
| Nevada Bar No. 6877 | Nevada Bar No. 5549 |
| **ALDRICH LAW FIRM, LTD.** | **CAMPBELL & WILLIAMS** |
| 1601 S. Rainbow Blvd, Suite 160 | 700 South Seventh Street |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 27, 2015

1