CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

FROST BROWN TODD, LLC
PETER M. CUMMINS, ESQ. (*pro hac vice* to be filed)
Pcummins@fbtlaw.com
400 West market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone: (502) 589-5800
Facsimile: (502) 581-1087

*Attorneys for Defendants*
*Lightyear Network Solutions, Inc., LY Holdings LLC,*
*Chris Sullivan, W. Brent Rice, Sherman*
*Henderson and Rick Hughes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD KAPLAN, EDWARD FEIGHAN, JEFF WEINTRAUB, JIM LEES, JERRY HICKSON, WILL ACORN, DAVID PERLMUTTER, and SCOTT DUNLOP,<br><br>    Plaintiffs,<br><br>v.<br><br>LIGHTYEAR NETWORK SOLUTIONS, INC., LY HOLDINGS LLC, CHRIS T. SULLIVAN, W. BRENT RICE, SHERMAN HENDERSON, and RICK HUGHES,<br><br>    Defendants. | Civil Action No. 2:14-cv-02120-JAD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

1

WHEREAS, Plaintiffs filed their Response to Defendants' Motion to Dismiss (Doc. #35) on April 28, 2015, thereby making Defendants' Reply due on May 8, 2015;

WHEREAS, Defendants' counsel have travel and briefing commitments in other cases that preclude them from completing their Reply brief by May 8;

IT IS HEREBY STIPULATED that Defendants' time in which to file their Reply in support of their Motion to Dismiss is hereby extended to May 29, 2015.

DATED this 7th day of May, 2015.

| THE ROTH LAW FIRM, PLLC | CAMPBELL & WILLIAMS |
|---|---|
| __/s/ *Jordan M. Kam*_____ | __/s/ *J. Colby Williams*_____ |
| Richard A. Roth, Esq. | J. Colby Williams, Esq. (5549) |
| Jordan M. Kam, Esq. | 700 South Seventh Street |
| 295 Madison Avenue, 22nd Fl. | Las Vegas, Nevada 89101 |
| New York, New York 10017 | |
| | Attorneys for Defendants |
| Attorneys for Plaintiffs | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT

DATED: May 8, 2015

2