THE ROTH LAW FIRM, PLLC
RICHARD A. ROTH, ESQ. (Admitted *pro hac vice*)
rich@rrothlaw.com
295 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 542-8882
Facsimile: (212) 542-8883
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-----------------------------------------------------------------X
HAROLD KAPLAN, EDWARD FEIGHAN,
JEFF WEINTRAUB, JIM LEES, JERRY HICKSON,
WILL ALCORN, DAVID PERLMUTTER and           No. 2:14-cv-02120-JAD-PAL
SCOTT DUNLOP,

                Plaintiffs,

    vs.

LIGHTYEAR NETWORK SOLUTIONS, INC.,        **STIPULATION AND ORDER**
LY HOLDINGS LLC, CHRIS T. SULLIVAN,        **TO CONTINUE HEARING**
W. BRENT RICE, SHERMAN HENDERSON       **DATE ON DEFENDANTS'**
and RICK HUGHES,                                                    **MOTION TO DISMISS**

                                              **(First Request)**

                Defendants,
-----------------------------------------------------------------X

    WHEREAS, the Court set the hearing date on Defendants' Motion to Dismiss (Doc. #28) for July 27, 2015 at 3:00 p.m.;

    WHEREAS, counsel representing Plaintiffs has a preexisting conflict on July 27, 2015;

    WHEREAS, the parties met, conferred and agreed that September 10, 2015 is a suitable alternative date on which to have the Motion heard;

    WHEREAS, Plaintiffs' counsel has confirmed with the Court's staff that September 10 is an acceptable date to the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the July 27, 2015 hearing date on Defendants' Motion to Dismiss shall be continued to September 10, 2015 at 9:00 a.m.

Dated: July 9, 2015

__/s/ Richard A. Roth_____    __/s/ J. Colby Williams_____

Richard A. Roth, Esq.                                  J. Colby Williams, Esq.
THE ROTH LAW FIRM, PLLC                    CAMPBELL & WILLIAMS
295 Madison Avenue, 22nd Fl.                   700 South Seventh Street
New York, New York 10017                      Las Vegas, Nevada 89101

Attorneys for Plaintiffs                                Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  July 9, 2015_____