CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

FROST BROWN TODD, LLC
PETER M. CUMMINS, ESQ. (*admitted pro hac vice*)
Pcummins@fbtlaw.com
400 West market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone: (502) 589-5800
Facsimile: (502) 581-1087

*Attorneys for Defendants*
*Lightyear Network Solutions, Inc., LY Holdings LLC,*
*Chris Sullivan, W. Brent Rice, Sherman*
*Henderson and Rick Hughes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD KAPLAN, EDWARD FEIGHAN, JEFF WEINTRAUB, JIM LEES, JERRY HICKSON, WILL ACORN, DAVID PERLMUTTER, and SCOTT DUNLOP,<br><br>   Plaintiffs,<br><br>v.<br><br>LIGHTYEAR NETWORK SOLUTIONS, INC., LY HOLDINGS LLC, CHRIS T. SULLIVAN, W. BRENT RICE, SHERMAN HENDERSON, and RICK HUGHES,<br><br>   Defendants. | Civil Action No. 2:14-cv-02120-JAD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO AMENDED COMPLAINT**<br><br>**(First Request)** |

1

WHEREAS, Plaintiffs filed their Amended Complaint (Doc. No. 46) on September 30, 2015, thereby making Defendants' responsive pleading due on October 19, 2015;

WHEREAS, Defendants' counsel have professional and personal obligations that preclude them from meeting the above deadline;

IT IS HEREBY STIPULATED that Defendants' time in which to file their responsive pleading to the Amended Complaint, which shall be an Answer, is hereby extended by two weeks to November 2, 2015.

The foregoing Request is made in good faith and not for purposes of delay.

DATED this 19th day of October, 2015.

| THE ROTH LAW FIRM, PLLC | CAMPBELL & WILLIAMS |
|---|---|
| /s/ *Richard A. Roth* | /s/ *J. Colby Williams* |
| Richard A. Roth, Esq. (*pro hac vice*) | J. Colby Williams, Esq. (5549) |
| Jordan M. Kam, Esq. | 700 South Seventh Street |
| 295 Madison Avenue, 22nd Fl. | Las Vegas, Nevada 89101 |
| New York, New York 10017 | |
| | Attorneys for Defendants |
| Attorneys for Plaintiffs | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT [MAGISTRATE] JUDGE

DATED: October 27, 2015