CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

FROST BROWN TODD LLC
PETER M. CUMMINS, ESQ. (pro hac vice)
pcummins@fbtlaw.com
400 West Market Street, 32nd Floor
Louisville, KY  40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| HAROLD KAPLAN, EDWARD FEIGHAN, JEFF WEINTRAUB, JIM LEES, JERRY HICKSON, WILL ALCORN, DAVID PERLMUTTER and SCOTT DUNLOP, | : : : : : | Case No. 2:14-cv-02120-JAD-PAL **STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | : : | |
| v. | : : | ECF No. 73 |
| LIGHTYEAR NETWORK SOLUTIONS, INC., LY HOLDINGS LLC, CHRIS T. SULLIVAN, W. BRENT RICE, SHERMAN HENDERSON and RICK HUGHES, | : : : : | |
| Defendants. | : : | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Jeff

Weintraub, Jim Lees, Jerry Hickson, Will Alcorn and David Perlmutter (collectively,

"Plaintiffs"), on the one hand, and Defendants Lightyear Network Solutions, Inc., LY Holdings,

LLC, Chris T. Sullivan, W. Brent Rice, J. Sherman Henderson and Rick Hughes (collectively,

"Defendants"), on the other hand, through their respective attorneys, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that said action as between these Plaintiffs and Defendants be dismissed with prejudice, each party to bear his or its own fees and costs. This stipulation and dismissal with prejudice completely terminates the above-entitled action as between these Plaintiffs and Defendants.

The claims of Plaintiffs Harold Kaplan, Edward Feighan and Scott Dunlop against Defendants remain pending at this time.

Dated: February 8, 2017

| | |
|---|---|
| _/s/ *John P. Aldrich*_____ | /s/ *J. Colby Williams*_____ |
| John P. Aldrich, Esq. | J. Colby Williams, Esq. |
| ALDRICH LAW FIRM, LTD. | CAMPBELL & WILLIAMS |
| 1601 S. Rainbow Blvd., Ste. 160 | 700 South Seventh Street |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89101 |
| | |
| The Roth Law Firm, PLLC | FROST BROWN TODD LLC |
| Richard A. Roth, Esq. | Peter M. Cummins (pro hac vice) |
| 295 Madison Avenue, 22nd Fl. | 400 West Market Street, 32nd Floor |
| New York, NY 10017 | Louisville, KY 40202-3363 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

### ORDER

Based on the parties' stipulation [ECF No. 73] and good cause appearing, it is HEREBY ORDERED that all claims by plaintiffs Jeff Weintraub, Jim Lees, Jerry Hickson, Will Alcorn, and David Perlmutter are DISMISSED with prejudice, each party to bear its own fees and costs. This dismissal leaves pending only the claims of plaintiffs Harold Kaplan, Edward Feighan, and Scott Dunlop.

_____
Jennifer Dorsey
U.S. District Judge  2-9-17