CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

FROST BROWN TODD LLC
PETER M. CUMMINS, ESQ. (pro hac vice)
pcummins@fbtlaw.com
400 West Market Street, 32nd Floor
Louisville, KY  40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HAROLD KAPLAN, EDWARD FEIGHAN, JEFF WEINTRAUB, JIM LEES, JERRY HICKSON, WILL ALCORN, DAVID PERLMUTTER and SCOTT DUNLOP, | : : : : : | Case No. 2:14-cv-02120-JAD-PAL  **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | : | |
| v. | : : | |
| LIGHTYEAR NETWORK SOLUTIONS, INC., LY HOLDINGS LLC, CHRIS T. SULLIVAN, W. BRENT RICE, SHERMAN HENDERSON and RICK HUGHES, | : : : : | |
| Defendants. | : : | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Harold Kaplan, Edward Feighan and Scott Dunlop (collectively, "Plaintiffs"), on the one hand, and Defendants Lightyear Network Solutions, Inc., LY Holdings, LLC, Chris T. Sullivan, W. Brent Rice, J. Sherman Henderson and Rick Hughes (collectively, "Defendants"), on the other hand, through their respective attorneys, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that said action be dismissed with prejudice and without costs to any party.  This stipulation and dismissal with prejudice completely terminates the above-entitled

action as between all parties.


Dated:  March 14, 2017


| | |
|---|---|
|  /s/ Richard A. Roth | /s/ J. Colby Williams |
| John P. Aldrich, Esq. | J. Colby Williams, Esq. |
| ALDRICH LAW FIRM, LTD. | CAMPBELL & WILLIAMS |
| 1601 S. Rainbow Blvd., Ste. 160 | 700 South Seventh Street |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89101 |
| | |
| The Roth Law Firm, PLLC | FROST BROWN TODD LLC |
| Richard A. Roth, Esq. | Peter M. Cummins (pro hac vice) |
| 295 Madison Avenue, 22nd Fl. | 400 West Market Street, 32nd Floor |
| New York, NY  10017 | Louisville, KY  40202-3363 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: March 15, 2017.

_____
UNITED STATES DISTRICT JUDGE